IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00853-STV Silva Rodriguez v. Titi's Inc.

**Jorge Luis Silva Silva**

*Plaintiff*

***Luis Salazar***

*Plaintiff*

***Samaria Ramirez***

*Plaintiff*

v.

**Titi's Inc.**

Defendant

**Colfaxhelena LLC**
*doing business as*
El Jalapeno Deluxe Restaurant

Defendant

**ABC Companies 1-10**
*name fictitious*

Defendant

**Dan Quispe**
*individually*

**MINUTE ORDER**

It is hereby **ORDERED** that a Settlement Conference is **SET** on September 1, 2026, in Judge Varholak's Courtroom located at the Alfred A. Arraj United States Courthouse A432 / Courtroom A402 room **9:00 a.m. to 5:00 p.m.** via Zoom in front of Judge Richard T. Gurley who will

be presiding from the Wayne Aspinall Federal Building, 400 Rood Avenue, Grand Junction Colorado 81501.

It is further **ORDERED** that all counsel and all parties appearing from Denver or any other location **shall attend and be present via Zoom.** Parties/persons having **full authority** to resolve this case through settlement shall be present to negotiate all terms, demands and/or settlement presented by the case, and have **full authority** to enter into a settlement agreement. “Full authority” means that the person who attends the settlement conference has the complete unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have “full authority.” Counsel or the parties are to provide my Division Clerk, Kimberley Flynn, with the email addresses of all people who need to be provided with the Zoom log in information no later than the close of business on August 26, 2026. It is expected that all counsel and all parties will have separate audio/video capability to appear via Zoom. If a party requires an interpreter for their client, they are responsible for paying for and ensuring that a court certified interpreter is present with their client to translate from English to the native language of the person needing an interpreter and vice versa.

To facilitate productive settlement discussions, no later than August 21, 2026, counsel shall prepare and submit two settlement statements in accordance with D.C.COLO.MJ VII.4. The confidential settlement statement emailed to Chambers (Gurley_Chambers@cod.uscourts.gov) **shall not exceed 10 pages**, and the total number of pages of exhibits attached may not exceed 20. To the extent that any party feels additional exhibits might be useful for settlement discussion purposes, that party should advise the Division Clerk of what they wish to provide, and she will instruct the party further. This statement shall directly address the party’s interests, concerns, needs, and fears which may affect the party's settlement position or ability to settle as well as the parties’ perceived strengths and weakness of their case. Plaintiff shall provide me with a settlement offer. Each party should be prepared to address why they believe their proposal is reasonable.

Finally, lead counsel for each party is directed to separately call Chambers (970-241-8932) and schedule a 15–20-minute-long call with the Court, to occur two to three days in advance o the settlement conference, to discuss the nature o the case, the settlement demands, the respective positions of the parties, strengths and weaknesses that they perceive to their position(s) and any potential impediments to settlement they foresee. Of course, it would be best if any statements/exhibits referenced in the preceding paragraph would be received prior to the phone conference.

Date: August 11 ,2026

Richard T. Gurley, U.S. Magistrate Judge